## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY LLOYD<br>6320 Grant Chapman Dr<br>La Plata, Maryland 20616<br><br>And<br><br>MERRELLYN LLOYD<br>6320 Grant Chapman Dr<br>La Plata, Maryland 20616<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>and<br><br>Warren Donald<br>17300 Summerwood Ln<br>Accokeek, Maryland 20607<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Columbia:

1. On or about September 29, 2021, Plaintiff filed this action in the Superior Court of the District of Columbia in the case titled *Mary Lloyd v. Washington Metropolitan Area Transit Authority,* Case No. 2021 CA 003465.

2. On or about December 1, 2021, the Summons, Information Sheet and Complaint were delivered to Warren Donald.

3. On or about December 9, 2021, the Summons, Information Sheet, Initial Order and Addendum and Complaint were delivered to WMATA.

4. The Summons, Complaint, Initial Order and Addendum and Superior Court of the District of Columbia Civil Information Sheet, accompany this Notice of Removal. These documents constitute the only process, pleadings, or orders known to have been served upon WMATA and/or exist in this case.

4. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.10, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

WHEREFORE, WMATA requests that this entire action, now pending in the Superior Court of the District of Columbia, be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:

 /s/ Janice L. Cole
Janice L. Cole, Bar No.: 440351
Senior Counsel
600 Fifth Street, N.W.

        Washington, D.C.  20001
        Telephone:  (202) 962-2543
        Facsimile: (202) 962-2550
        E-mail:  jlcole@wmata.com


        /s/ *Neal M. Janey, Jr.*
        Neal M. Janey, Jr. Bar No.: 995449
        Senior Counsel
        Attorney for Defendant, WMATA
        600 Fifth Street, N.W.
        Washington, D.C.  20001
        Telephone: (202) 962-1067
        Facsimile: (202) 962-2550
        E-mail:  nmjaney@wmata.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal with accompanying forms was mailed first class, postage prepaid, on December 20, 2021 to:

Sarah E. Cullum
SIMEONE & MILLER, LLP
1130 Connecticut Ave.
Suite 350
Washington, DC 20036
Attorney for Plaintiff

        /s/ Janice L. Cole
        Janice L. Cole, Bar No.: 440351

3