IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| MARY LLOYD<br>6320 Grant Chapman Drive<br>La Plata, MD 20616 | ) ) ) ) | |
| -and- | ) ) | |
| MERRELLYN LLOYD<br>6320 Grant Chapman Drive<br>La Plata, MD 20616 | ) ) ) ) | |
|    Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No.:<br>Judge: |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th Street, NW<br>Washington, DC 20001 | ) ) ) ) ) ) | Next Event: |
| **Serve On:**<br>Susan Serrian<br>WMATA<br>600 5th Street, NW<br>Washington, DC 20001 | ) ) ) ) ) ) | |
| -and- | ) ) | |
| WARREN DONALD<br>17300 Summerwood Lane<br>Accokeek, MD 20607 | ) ) ) ) ) | |
|    Defendants. | ) | |

## COMPLAINT

**COME NOW**, Plaintiffs, Mary Lloyd and Merrellyn Lloyd, by and through the undersigned counsel, and make this Complaint against Defendants, Washington Area Metropolitan Authority (hereinafter, "Defendant WMATA") and Warren Donald (hereinafter, "Defendant Donald"). In support thereof, Plaintiffs state as follows:

1

**PARTIES**

1. Plaintiff Mary Lloyd is an individual who resides at the above-captioned address.

2. Plaintiff Merrellyn Lloyd is an individual who resides at the above-captioned address.

3. Defendant WMATA is a company that transacts business in the District of Columbia with a principal office located at the above-captioned address.

4. Defendant Donald is an individual who resides at the above-captioned address.

**JURISDICTION**

5. This Court has subject matter jurisdiction over this action pursuant to § 11-921 of the D.C. Code in that this action occurred in the District of Columbia and no federal court has exclusive jurisdiction over this matter.

6. This Court has personal jurisdiction over Defendants pursuant to § 13-423 of the D.C. Code in that Defendants caused tortious injuries in the District of Columbia by acts and/or omissions in the District of Columbia.

**FACTUAL BACKGROUND**

7. On or about October 16, 2018, Plaintiff Merrellyn Lloyd was operating her motor vehicle on I-395 South, at or near the tunnel at 3rd Street, NW, in Washington, DC.

8. At all material times, Plaintiff Mary Lloyd was a passenger in the motor vehicle operated by Plaintiff Merrellyn Lloyd.

9. On the aforementioned date, Defendant Donald was operating a Washington Metropolitan Area Transit Authority Bus (hereinafter, "the Bus"), on I-395 South, at or near the tunnel at 3rd Street, NW, in Washington, DC.

10. At all material times, Defendant WMATA owned the Bus operated by Defendant Donald.

11. At all material times, Defendant Donald was an employee and/or agent of Defendant WMATA.

12. At all material times, Defendant Donald was acting within the course and scope of his employment and/or agency for Defendant WMATA.

13. At all material times, Defendant WMATA gave Defendant Donald authority and/or permission, either express or implied, to drive the Bus in question.

14. At approximately 6:35 pm, on or about October 16, 2018, the Bus operated by Defendant Donald struck and collided with Plaintiff Merrellyn Lloyd's vehicle, in which Plaintiff Mary Lloyd was a passenger.

15. The striking and colliding were due to the violations of law and negligence of Defendant Donald. Defendant's violations of law and negligence include, but are not limited to, failing to pay full time and attention, failing to maintain a proper lookout, failing to travel at a reasonable speed under the circumstances, failing to follow at a safe distance, failing to take reasonable and proper steps to avoid a collision, and failing to exercise ordinary and reasonable care under the circumstances.

16. As a direct and proximate result of the collision, Plaintiffs suffered bodily injuries that have caused, and will continue to cause, physical and mental pain and suffering for the rest of their lives. Plaintiffs have incurred, and will continue to incur, medical, therapeutic, and related expenses, including, but not limited to, lost wages and property damage.

17. The above injuries and damages were caused solely and proximately by the negligence of Defendant WMATA and/or Defendant Donald, without any contributory negligence on the part of Plaintiffs.

18. Plaintiffs have complied with all conditions precedent to the filing of this Complaint.

**Claim for Relief: Negligence of Defendant Donald**

19. Plaintiffs restate and reallege each and every allegation set forth above, as if fully set forth herein.

20. At all material times, Defendant Donald had the duty to operate the Bus in a reasonably safe manner, which included, but was not limited to, paying full time and attention, maintaining a proper lookout, travelling at a reasonable speed under the circumstances, following at a safe distance, taking reasonable and proper steps to avoid a collision, and exercising ordinary and reasonable care under the circumstances.

21. In violation of this duty, Defendant Donald caused the motor vehicle collision as set forth herein.

22. As a direct and proximate result of the negligence of Defendant Donald, Plaintiffs suffered injuries and damages as set forth herein.

23. Plaintiffs' injuries and damages were solely and proximately caused by the negligence of Defendant Donald, without any contributory negligence on the part of Plaintiffs.

**Claim for Relief: Negligence of Defendant WMATA**

24. Plaintiffs restate and reallege each and every allegation set forth above, as if fully set forth herein.

25. At all material times, Defendant Donald had the duty to operate the Bus in a reasonably safe manner, which included, but was not limited to, paying full time and attention, maintaining a proper lookout, travelling at a reasonable speed under the circumstances, following at a safe distance, taking reasonable and proper steps to avoid a collision, and exercising ordinary and reasonable care under the circumstances.

26. In violation of this duty, Defendant Donald caused the motor vehicle collision as set forth herein.

27. At all material times, Defendant WMATA owned the Bus operated by Defendant Donald.

28. At all material times, Defendant Donald was an employee and/or agent for Defendant WMATA.

29. At all material times, Defendant Donald was acting within the scope of his employment and/or agency for Defendant WMATA.

30. At all material times, Defendant WMATA gave Defendant Donald authority and/or permission, either express or implied, to operate their vehicle.

31. Therefore, Defendant WMATA is liable for the negligence its agent and/or employee, Defendant Donald, as alleged herein.

32. As a direct and proximate result of the negligence of Defendant Donald, Plaintiffs suffered injuries and damages as set forth herein.

33. Plaintiffs' injuries and damages were solely and proximately caused by the negligence of Defendant WMATA and/or Defendant Donald, without any contributory negligence on the part of Plaintiffs.

**WHEREFORE**, Plaintiffs Mary Lloyd and Merrellyn Lloyd each respectfully request judgment against each Defendant, in an amount to be determined at trial but believed to be no more than One Million Dollars ($1,000,000.00) in compensatory damages, plus costs of suit, pre- and post-judgment interest, and any such other and further relief as this Court deems just and proper.

Dated: September 28, 2021                                      RESPECTFULLY SUBMITTED,

*/s/ Sarah E. Cullum*
Sarah E. Cullum (DC Bar #1657319)
Michael C. Robinett (DC Bar #503231)
SIMEONE & MILLER, LLP
1130 Connecticut Avenue
Suite 350
Washington, DC 20036
(202) 628-3050 (phone)
(202) 527-7908 (direct)
(202) 466-1833 (fax)
scullum@simeonemiller.com
mrobinett@simeonemiller.com
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiffs, by and through the undersigned counsel, and pursuant to Rule 38 of the District of Columbia Superior Court Rules of Civil Procedure, hereby demand a trial by jury of all issues in this matter.

Dated: September 28, 2021                                      RESPECTFULLY SUBMITTED,

*/s/ Sarah E. Cullum*
Sarah E. Cullum (DC Bar #1657319)
Michael C. Robinett (DC Bar #503231)
SIMEONE & MILLER, LLP
1130 Connecticut Avenue
Suite 350
Washington, DC 20036
(202) 628-3050 (phone)
(202) 527-7908 (direct)
(202) 466-1833 (fax)
scullum@simeonemiller.com
mrobinett@simeonemiller.com
*Counsel for Plaintiff*